**Order entered September 23, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00798-CV

## AMOS HEARD, R.N. AND EMINENT MEDICAL CENTER, LLC, Appellants

## V.

## APRIL ROBLES, R.N., Appellee

### On Appeal from the 192nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-21-04495

### ORDER

Before the Court is appellant Eminent Medical Center, LLC's September 22, 2022 unopposed motion for an extension of time to file its brief on the merits.[1] We **GRANT** the motion and extend the time to **October 3, 2022**.

Also before the Court is appellee's September 22, 2022 motion for an extension of time to file her brief. We **GRANT** the motion and extend the time to **October 24, 2022**.

/s/     BONNIE LEE GOLDSTEIN
        JUSTICE

---

[1] Appellant Amos Heard, R.N. has filed his brief.